

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

JUN 1 5 2016

PATRICK KEANEY
Clerk, U.S. District Court
By _____
Deputy Clerk

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | SEALED |
| v. | Case No. **CR 16-053-RAW** |
| ABDOLMAJID MOVAGHAR, | |
| Defendant. | |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

### USE OF TELEPHONE TO MAKE BOMB THREAT
[18 U.S.C. § 844(e)]

On or about March 10, 2016, in the Eastern District of Oklahoma, the defendant, **ABDOLMAJID MOVAGHAR**, did, through use of a telephone, make a threat to kill, injure and intimidate any individual and to damage and destroy a building, vehicle, or other real or personal property, by means of fire and explosive, in and affecting interstate commerce, in violation of Title 18, United States Code, Section 844(e).

A TRUE BILL:

MARK F. GREEN
United States Attorney

D. EDWARD SNOW, OBA # 16439
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY